UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN TURNER,<br><br>            Plaintiff,<br>     v.<br><br>SELF-HELP CENTER, *et al.*,<br><br>            Defendants. | Case No. 2:13-cv-01954-MMD-GWF<br><br>**ORDER** |

The Court dismissed Plaintiff's claims with prejudice for failure to state a claim. (Dkt. no. 6.) Plaintiff's motion for de novo review (dkt. no. 23) asks the Court to review its dismissal order de novo. To the extent Plaintiff is asking for the Court to reconsider its dismissal order, Plaintiff's motion is denied. Plaintiff offers no reason to support his request and the Court finds that none exists.

DATED THIS 27th day of April 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE